UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
KHAREY WISE, et al.,

              Plaintiffs,

     -against-                  03 Civ. 9974 (DAB)
                                  OPINION

CITY OF NEW YORK, et al.,

              Defendants.
------------------------------------------X

DEBORAH A. BATTS, United States District Judge:

    By Order dated December 11, 2007, the Court ordered the above-captioned case to be consolidated under the docket number 03 Civ. 9685.

    Accordingly, the Clerk of Court is hereby directed to remove this case from the docket.

SO ORDERED.

                                          _____
                                          DEBORAH A. BATTS
                                          United States District Judge

Dated:    February 15, 2008
           New York, New York